MANUEL SALDANA (State Bar No. 137060)
GARY J. LORCH (State Bar No. 119989)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
E-Mail: msaldana@gordonrees.com
        glorch@gordonrees.com

Attorneys for Plaintiff
McCORMICK & COMPANY, INCORPORATED


DANIEL K. SLAUGHTER (State Bar No. 136725)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street
14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
E-Mail: dslaughter@steinlubin.com

Attorneys for Defendant
PACIFIC MERIDIAN GROUP, LLC, d/b/a/
PACIFIC FARMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McCORMICK & COMPANY, INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC MERIDIAN GROUP, LLC., d/b/a PACIFIC FARMS,<br><br>Defendants. | Case No. 3:11-cv-01257-JSW<br><br>[PROPOSED] ORDER (1) VACATING INITIAL SCHEDULING CONFERENCE, (2) VACATING DATE FOR RESPONSE TO COMPLAINT, AND (3) SETTING STATUS CONFERENCE RE DISMISSAL |

Based on the notice submitted by Plaintiff McCORMICK & COMPANY, INCORPORATED and Defendant PACIFIC MERIDIAN GROUP, LLC, d/b/a PACIFIC FARMS, by and through their respective attorneys of record, that the parties have reached agreement to settle all of the disputes subject of this action,

IT IS HEREBY ORDERED as follows:

1. The Initial Scheduling Conference, previously set for June 24, 2011, and the deadline for Pacific Farms' response to the complaint, currently set for June 17, 2011, are VACATED.

2. A Status Conference is scheduled for __February 3__, 2012, at _1:30_ a.m./p.m. in the above-referenced Court to monitor the progress of the parties' settlement and the dismissal of this case.

Dated: June 16, 2011

_____
Jeffrey S. White
UNITED STATES DISTRICT JUDGE

-2-
ORDER VACATING SCHEDULING CONFERENCE - CASE NO. 3:11-cv-01257-JSW